## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **FELIX SANDERS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV-07-1249-R** |
| | ) | |
| **JOSEPH SCIBANA, Warden,** | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered December 7, 2007. Doc. No. 8.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Report and Recommendation is ADOPTED in its entirety and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is summarily DISMISSED.

**It is so ordered this 2nd day of January, 2008.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE